UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PARLEY DREW HARDMAN, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Case No. 3:09-0960 (Crim. Case No. 3:03-00229) Judge Echols |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

### ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Parley Drew Hardman's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by Person in Federal Custody" (Docket Entry No. 1) is hereby DENIED. This case is hereby DISMISSED WITH PREJUDICE.

Further, because Petitioner cannot demonstrate that reasonable jurists would find the Court's assessment of Petitioner's ineffective assistance of counsel or prosecutorial misconduct claims debatable or wrong, a Certificate of Appealability will not issue. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE